DEFENDANT:     CANDELARIA VALLEJO-GALLO

AGE/YOB:        1978

COMPLAINT FILED?   _____ Yes    ____X___ No
If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _X  No
If No, a new warrant is required

OFFENSE(S):   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.

Count 2: Conspiracy To Commit Money Laundering, 18 U.S.C. § 1956(h).

LOCATION OF OFFENSE:   Denver County, Colorado

PENALTY:   Count 1: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee.

Count 2: NMT 20 years imprisonment, NMT the greater of $500,000 fine or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer; NMT 3 years supervised release; $100 Special Assessment Fee

AGENT:   Maureen Gibson; Special Agent, FBI

AUTHORIZED BY:   AUSA Cyrus Y. Chung
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   __ five days or less; _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.