| | |
|---|---|
| **DEFENDANT:** | LUIS GERARDO PALACIOS |
| **AGE/YOB:** | 1989 |
| **COMPLAINT FILED?** | _____ Yes     ____X___ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| **HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?** | __ Yes   _X_ No<br>If No, a new warrant is required |
| **OFFENSE(S):** | Count 1: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846. |
| **LOCATION OF OFFENSE:** | Denver County, Colorado |
| **PENALTY:** | Count 1: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee. |
| **AGENT:** | Maureen Gibson<br>Special Agent, FBI |
| **AUTHORIZED BY:** | AUSA Cyrus Y. Chung<br>Assistant U.S. Attorney |

**ESTIMATED TIME OF TRIAL:**

__ five days or less;  _X__ over five days

**THE GOVERNMENT**

 _X_  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.