DEFENDANT:      ENRIQUE RAUL MONTOYA-ARCE a/k/a "PAPO"

AGE/YOB:      1990

COMPLAINT      _____ Yes    ____X___ No
FILED?

           If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _X No
  If No, a new warrant is required

OFFENSE(S):    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.

LOCATION OF    Denver County, Colorado
OFFENSE:

PENALTY:    Count 1: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee.

AGENT:    Maureen Gibson
        Special Agent, FBI

AUTHORIZED    AUSA Cyrus Y. Chung
BY:        Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

__ five days or less; _X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.