| | |
|---|---|
| <u>DEFENDANT:</u> | JESUS ANTILLO-QUINTERO |
| <u>AGE/YOB</u>: | 1982 |
| <u>COMPLAINT FILED?</u> | _____ Yes     ____X___ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | __ Yes    _X  No<br>If No, a new warrant is required |
| <u>OFFENSE(S):</u> | Count 1: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846. |
| <u>LOCATION OF OFFENSE:</u> | Denver County, Colorado |
| <u>PENALTY:</u> | Count 1: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee. |
| <u>AGENT:</u> | Maureen Gibson<br>Special Agent, FBI |
| <u>AUTHORIZED BY:</u> | AUSA Cyrus Y. Chung<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

__ five days or less;  _X__ over five days

<u>THE GOVERNMENT</u>

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.