| | |
|---|---|
| DEFENDANT: | MARIA GUADALUPE SANCHEZ-GAYTAN a/k/a "LUPITA" |
| AGE/YOB: | 1981 |
| COMPLAINT FILED? | _____ Yes     \_\_\_\_X\_\_\_ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes   \_X  No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count 2: Conspiracy To Commit Money Laundering, 18 U.S.C. § 1956(h). |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 2: NMT 20 years imprisonment, NMT the greater of $500,000 fine or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer; NMT 3 years supervised release; $100 Special Assessment Fee |
| AGENT: | Maureen Gibson<br>Special Agent, FBI |
| AUTHORIZED BY: | AUSA Cyrus Y. Chung<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

\_\_ five days or less; \_X\_\_ over five days

THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.