FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:15 am, Feb 12, 2020
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CANDELARIA VALLEJO-GALLO,
2. KENIA VALLEJO-GALLO,
3. LUIS GERARDO PALACIOS,
4. EBER URIEL PEREZ-RAMIREZ,
5. ROSAURA VALLEJO-GALLO a/k/a "PELIGROS,"
6. CHRISTIAN PALACIOS a/k/a "MICHI," a/k/a "MICHIGAN,"
7. GRECIA STEPHANIE TORRES-PABLO a/k/a "LA GORDA",
8. ALEXIS AARON HERNANDEZ-REYES,
9. JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA a/k/a "GORDO,"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE a/k/a "PAPO,"
14. JESUS ANTILLO-QUINTERO, and
15. MARIA GUADALUPE SANCHEZ-GAYTAN a/k/a "LUPITA,"

    Defendants.

---

## NOTICE OF ATTORNEY APPEARANCE AS COUNSEL FOR THE GOVERNMENT

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED this 12th day of February, 2020.

                        Respectfully submitted,

                        Jason R. Dunn
                        United States Attorney

By:    *s/Zachary Phillips*
       ZACHARY PHILLIPS
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO   80202
       Telephone:   (303) 454-0100
       Fax:   (303) 454-0409
       e-mail:   zachary.phillips@usdoj.gov
       Attorney for the Government