AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 FEB 13 PM 2: 41

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
| ROSAURA VALLEJO-GALLO | ) Case No. 20-cr-00028-RM-5 |
| a/k/a "PELIGROS" | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROSAURA VALLEJO-GALLO a/k/a "PELIGROS"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and intentionally conspire to distribute and possess with intent to distribute a Schedule I and Schedule II substance in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846.

Date: 01/23/2020

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1/23/2020, and the person was arrested on *(date)* 2/13/20
at *(city and state)*

Date: 1/23/2020

*Arresting officer's signature*

R. Cora
*Printed name and title*