IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. ROSAURA VALLEJO-GALLO,
    a/k/a "PELIGROS"

    Defendant.

## NOTICE OF APPEARANCE

    Derek Samuelson hereby enters his appearance as appointed counsel under the Criminal Justice Act in the above-captioned case.

    Respectfully submitted,

s/ *Derek Samuelson*
DEREK SAMUELSON
Samuelson Law, P.C.
215 W. Oak St., Ste. 601
Fort Collins, CO  80521
Phone: (970) 493-4371
Email: derek@samuelsonlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Derek Samuelson*
DEREK SAMUELSON
Samuelson Law, P.C.
215 W. Oak St., Ste. 601
Fort Collins, CO 80521
Phone: (970) 493-4371
Email: derek@samuelsonlaw.com