**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-cr-00028-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CANDELARIA VALLEJO-GALLO,
2.  KENIA VALLEJO-GALLO,
3.  LUIS GERARDO PALACIOS,
4.  EBER URIEL PEREZ-RAMIREZ,
5.  ROSAURA VALLEJO-GALLO, a/k/a "PELIGROS"
6.  CHRISTIAN PALACIOS, a/k/a "MICHI" a/k/a "MICHIGAN"
7.  GRECIA STEPHANIE TORRES-PABLO, a/k/a "LA GORDA"
8.  ALEXIS AARON HERNANDEZ-REYES,
9.  JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA, a/k/a "GORDO"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE, a/k/a "PAPO"
14. JESUS ANTILLO-QUINTERO,
15. MARIA GUADALUPE SANCHEZ-GAYTAN, a/k/a "LUPITA"

      Defendants.

---

**GOVERNMENT'S NOTICE OF POTENTIAL EXHIBITS**

---

      NOW COMES the United States of America, by the undersigned Assistant United States Attorney, and gives notice that the government may use the following photographs as exhibits in support of its argument for detention of the individuals charged in the above-captioned case.

1























       This notice is not intended to be comprehensive, and the government may introduce other exhibits at the detention hearing.

                                    RESPECTFULLY SUBMITTED,

                                    JASON R. DUNN
                                    UNITED STATES ATTORNEY
                                    DISTRICT OF COLORADO

BY:        */s/ Cyrus Y. Chung*
                  Cyrus Y. Chung
                  Assistant United States Attorney
                  United States Attorney's Office
                  District of Colorado
                  1801 California Street, Suite 1600
                  Denver, CO 80202
                  Telephone (303) 454-0100
                  Fax (303) 454-0409
                  cyrus.chung@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all email addresses of record.

By:  *s/Cyrus Y. Chung*
Cyrus Y. Chung
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: cyrus.chung@usdoj.gov
Attorney for the United States