**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-cr-00028-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CANDELARIA VALLEJO-GALLO,
2.  KENIA VALLEJO-GALLO,
3.  LUIS GERARDO PALACIOS,
     a/k/a "RARITO"
4.  EBER URIEL PEREZ-RAMIREZ,
5.  ROSAURA VALLEJO-GALLO,
     a/k/a "PELIGROS"
6.  CHRISTIAN PALACIOS,
     a/k/a "MICHI" a/k/a "MICHIGAN"
7.  GRECIA STEPHANIE TORRES-PABLO,
     a/k/a "LA GORDA"
8.  ALEXIS AARON HERNANDEZ-REYES,
9.  JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA,
     a/k/a "GORDO"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE,
     a/k/a "PAPO"
14. JESUS ANTILLO-QUINTERO,
15. MARIA GUADALUPE SANCHEZ-GAYTAN,
     a/k/a "LUPITA"
16. OMAR RIVAS-SAENZ,
     a/k/a "GUERO"
17. MARIO ROSENDO IBANEZ-MONTES,
     a/k/a "ROMPOPE"
18. TONATIUH TACUBA-PALACIOS,
     a/k/a "NEGRO"
19. BEATRIZ ADRIANA MARTINEZ-MEZA,
20. MICHELLE JOSEFINA CASTANEDA,
21. EDGAR ABRAHAM ESQUIVEL-TECALCO,
22. ADELA GUZMAN,
23. JUAN FELIPE CABRERA,
24. KAREN DENISSE LOPEZ-JIMENEZ,
25. MARIA MONICA NIETO-ESTRADA,
26. ERIC LEONARD MARTINEZ,
27. STEVEN LUCKENBILL, and

28. CARLOS VICENTE RAMIREZ,

      Defendants.

---

## FIRST SUPERSEDING INDICTMENT

---

The Grand Jury charges:

## COUNT 1

From in and at least sometime in 2019, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including February 12, 2020, within the State and District of Colorado and elsewhere, the defendant, CANDELARIA VALLEJO-GALLO, did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise in that she unlawfully, knowingly and intentionally violated Title 21, United States Code, Sections 841, 843 and 846, which violations include, but are not limited to, the substantive violation alleged in Count Two (Narcotics Conspiracy), and the substantive violations alleged in Counts Three through Five, Seven, Thirteen, Fourteen, Twenty-Four, Thirty-Two, Thirty-Five through Thirty-Seven, Forty-One, and Fifty-One (Distribution and Possession with Intent to Distribute of Controlled Substances and Aiding and Abetting the Same); Counts Six, Eight, Nineteen Through Twenty-Two, Twenty-Eight, Thirty-Four, Thirty-Nine, and Forty-Two Through Forty-Four (Possession with Intent to Distribute Controlled Substances and Aiding and Abetting the Same); Count Fifty (Attempt to Possess Methamphetamine With Intent to Distribute); and Counts Fifteen, Seventeen, Eighteen, Twenty-Three, Twenty-Five, Twenty-Six, Thirty-Three, Forty, and Forty-Seven (Use of a Telecommunications Facility in Furtherance of Drug Trafficking); which Counts are realleged and incorporated herein by reference as though fully set forth in this Count, and which violations were part of a continuing series

of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, *et seq.*, undertaken by defendant, CANDELARIA VALLEJO-GALLO, in concert with at least five other persons with respect to whom CANDELARIA VALLEJO-GALLO occupied positions of organizer, supervisor, and any position of management, and from which such continuing series of violations the defendant obtained substantial income and resources.

All in violation of Title 21, United States Code, Section 848(a).

## COUNT 2

From a time unknown, up to and including on or about February 12, 2020, in the State and District of Colorado and elsewhere, the defendants:

CANDELARIA VALLEJO-GALLO;
KENIA VALLEJO-GALLO;
LUIS GERARDO PALACIOS a/k/a "RARITO";
EBER URIEL PEREZ-RAMIREZ;
ROSAURA VALLEJO-GALLO a/k/a "PELIGROS";
CHRISTIAN PALACIOS a/k/a "MICHI," a/k/a "MICHIGAN";
GRECIA STEPHANIE TORRES-PABLO a/k/a "LA GORDA";
ALEXIS AARON HERNANDEZ-REYES;
JAVIER ALEJANDRO VALLEJO-GALLO;
JOSE TOMAS DENES-TORRES;
JESUS RUIZ VELASCO-OCHOA a/k/a "GORDO";
HUMBERTO GASTELUM-VERDUGO;
ENRIQUE RAUL MONTOYA-ARCE a/k/a "PAPO";
JESUS ANTILLO-QUINTERO;
OMAR RIVAS-SAENZ a/k/a "GUERO'";
MARIO ROSENDO IBANEZ-MONTES a/k/a "ROMPOPE";
TONATIUH TACUBA-PALACIOS a/k/a "NEGRO";
BEATRIZ ADRIANA MARTINEZ-MEZA;
MICHELLE JOSEFINA CASTANEDA;
EDGAR ABRAHAM ESQUIVEL-TECALCO;
ADELA GUZMAN;
JUAN FELIPE CABRERA;
KAREN DENISSE LOPEZ-JIMENEZ;
MARIA MONICA NIETO-ESTRADA;

and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following Controlled Substances: (1) 50 grams and more of methamphetamine (actual) and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; (2) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; (3) 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; (4) 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(A)(i), (b)(1)(B)(ii)(II), and (b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

On or about March 19, 2019, in the State and District of Colorado, the defendant, CANDELARIA VALLEJO-GALLO, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 4

On or about March 27, 2019, in the State and District of Colorado, the

4

defendants, CANDELARIA VALLEJO-GALLO and HUMBERTO GASTELUM-VERDUGO, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 5

On or about April 11, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and HUMBERTO GASTELUM-VERDUGO, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 6

On or about April 25, 2019, in the State and District of Colorado and elsewhere, the defendant, CANDELARIA VALLEJO-GALLO, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 7

On or about April 30, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and HUMBERTO GASTELUM-VERDUGO, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 8

On or about May 16, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and OMAR RIVAS-SAENZ, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 9

On or about May 16, 2019, in the State and District of Colorado, the defendant, OMAR RIVAS-SAENZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 10

On or about May 16, 2019, in the State and District of Colorado, the defendant, OMAR RIVAS-SAENZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 11

On or about May 16, 2019, in the State and District of Colorado, the defendant, OMAR RIVAS-SAENZ, did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely possession of a controlled substance with intent to distribute, as charged in Counts Eight, Nine, and Ten, and did possess a firearm in furtherance of those same offenses.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 12

On or about May 16, 2019, in the State and District of Colorado, the defendant, OMAR RIVAS-SAENZ, knowing that he was an alien illegally or unlawfully in the United States, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 13

On or about May 22, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and OMAR RIVAS-SAENZ, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of

methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 14

On or about June 19, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and MARIO ROSENDO IBANEZ-MONTES, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 15

On or about July 5, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and GRECIA STEPHANIE TORRES-PABLO, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 16

On or about July 14, 2019, in the State and District of Colorado, the defendants, GRECIA STEPHANIE TORRES-PABLO and ALEXIS AARON HERNANDEZ-REYES, did knowingly and intentionally possess with intent to distribute 500 grams and more of

a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

## COUNT 17

On or about July 15, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and CHRISTIAN PALACIOS, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 18

On or about July 15, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and JOSE TOMAS DENES-TORRES, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 19

On or about July 22, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO, BEATRIZ ADRIANA MARTINEZ-MEZA, and MICHELLE JOSEFINA CASTANEDA, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a

detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 20

On or about July 22, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO, BEATRIZ ADRIANA MARTINEZ-MEZA, and MICHELLE JOSEFINA CASTANEDA, did knowingly and intentionally possess with intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 21

On or about July 22, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO, BEATRIZ ADRIANA MARTINEZ-MEZA, and MICHELLE JOSEFINA CASTANEDA, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2.

## COUNT 22

On or about July 22, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO, BEATRIZ ADRIANA MARTINEZ-MEZA, and MICHELLE JOSEFINA CASTANEDA, did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi) and Title 18, United States Code, Section 2.

## COUNT 23

On or about July 22, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and KENIA VALLEJO-GALLO, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 24

On or about July 31, 2019, in the State and District of Colorado, the defendant, CANDELARIA VALLEJO-GALLO, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 25

On or about August 29, 2019, in the State and District of Colorado and elsewhere, the defendants, CANDELARIA VALLEJO-GALLO and JESUS RUIZ VELASCO-OCHOA, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 26

On or about September 6, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and GRECIA STEPHANIE TORRES-PABLO, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 27

On or about September 7, 2019, in the State and District of Colorado and elsewhere, the defendants, KENIA VALLEJO-GALLO and ENRIQUE RAUL MONTOYA-ARCE, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a

felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 28

On or about September 9, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and EDGAR ABRAHAM ESQUIVEL-TECALCO, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 29

On or about September 12, 2019, in the State and District of Colorado, the defendant, OMAR RIVAS-SAENZ, did, through the use of a deadly and dangerous weapon, forcibly assault, resist, oppose, impede, intimidate, and interfere with C.H., an officer and employee of the United States as designated in Title 18, United States Code, Section 1114, while such officer and employee was engaged in or on account of the performance of their official duties.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 30

On or about September 12, 2019, in the State and District of Colorado, the

defendant, OMAR RIVAS-SAENZ, did, through the use of a deadly and dangerous weapon, forcibly assault, resist, oppose, impede, intimidate, and interfere with K.C., an officer and employee of the United States as designated in Title 18, United States Code, Section 1114, while such officer and employee was engaged in or on account of the performance of their official duties.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 31

On or about October 13, 2019, in the State and District of Colorado and elsewhere, the defendants, KENIA VALLEJO-GALLO and ENRIQUE RAUL MONTOYA-ARCE, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 32

On or about October 15, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and EBER URIEL PEREZ-RAMIREZ, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 33

On or about October 17, 2019, in the State and District of Colorado and elsewhere, the defendants, CANDELARIA VALLEJO-GALLO and JESUS RUIZ VELASCO-OCHOA, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 34

On or about October 25, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO, LUIS GERARDO PALACIOS, and ADELA GUZMAN, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 35

On or about November 5, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and EBER URIEL PEREZ-RAMIREZ, did knowingly and intentionally distribute, and possess with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount of

methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 36

On or about November 20, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO, KENIA VALLEJO-GALLO, and JAVIER ALEJANDRO VALLEJO-GALLO, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 37

On or about November 25, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and TONATIUH TACUBA-PALACIOS a/k/a "NEGRO," did knowingly and intentionally distribute, and possess with intent to distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 38

On or about November 27, 2019, in the State and District of Colorado and elsewhere, the defendant, ROSAURA VALLEJO-GALLO a/k/a "PELIGROS," did travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count Two of this First Superseding Indictment, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT 39

On or about November 29, 2019, in the State and District of Colorado and elsewhere, the defendant, CANDELARIA VALLEJO-GALLO, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 40

On or about November 29, 2019, in the State and District of Colorado and elsewhere, the defendants, CANDELARIA VALLEJO-GALLO and ROSAURA VALLEJO-GALLO, did knowingly and intentionally use a communications device, to wit:

a cellular telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 41

On or about December 4, 2019, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and EBER URIEL PEREZ-RAMIREZ, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 42

On or about December 6, 2019, in the State and District of Colorado and elsewhere, the defendants, CANDELARIA VALLEJO-GALLO and LUIS GERARDO PALACIOS, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 43

On or about December 6, 2019, in the State and District of Colorado and elsewhere, the defendants, CANDELARIA VALLEJO-GALLO and LUIS GERARDO PALACIOS, did knowingly and intentionally possess with intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 44

On or about December 6, 2019, in the State and District of Colorado and elsewhere, the defendants, CANDELARIA VALLEJO-GALLO and LUIS GERARDO PALACIOS, did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(vi) and Title 18, United States Code, Section 2.

## COUNT 45

On or about January 16, 2020, in the State and District of Colorado and elsewhere, the defendants, JESUS ANTILLO-QUINTERO and LUIS GERARDO PALACIOS, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a

felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

### COUNT 46

On or about January 17, 2020, in the State and District of Colorado, the defendant, STEVEN LUCKENBILL, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

### COUNT 47

On or about January 18, 2020, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO and LUIS GERARDO PALACIOS, did knowingly and intentionally use a communications device, to wit: a cellular telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically violations of Title 21, United States Code, Section 846, as alleged in Count Two of this First Superseding Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

### COUNT 48

On or about January 18, 2020, in the State and District of Colorado, the defendant, CARLOS VICENTE RAMIREZ, knowingly and intentionally attempted to commit the following offense(s) against the United States: possession with intent to distribute 40 grams and more of a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

All in violation of Title 21, United States Code, Section 846.

## COUNT 49

On or about January 19, 2020, in the State and District of Colorado, the defendant, ERIC LEONARD MARTINEZ, did knowingly and intentionally possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## COUNT 50

On or about January 23, 2020, in the State and District of Colorado, the defendants, CANDELARIA VALLEJO-GALLO, KENIA VALLEJO-GALLO, and EBER URIEL PEREZ-RAMIREZ, knowingly and intentionally attempted to commit the following offense(s) against the United States: possession with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 51

On or about January 23, 2020, in the State and District of Colorado, the

defendants, CANDELARIA VALLEJO-GALLO and MARIA MONICA NIETO-ESTRADA, did knowingly and intentionally distribute, and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 52

From on or about July 12, 2019 through October 19, 2019, in the State and District of Colorado and elsewhere, the defendants, CANDELARIA VALLEJO-GALLO and MARIA GUADALUPE SANCHEZ-GAYTAN a/k/a "LUPITA," did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

(a)  to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the concealment, buying, selling, and dealing in methamphetamine, cocaine, and fentanyl, Schedule II controlled substances, and heroin, a Schedule I controlled substance, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in

violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(b)  to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument or funds involving the proceeds of specified unlawful activity, that is, the concealment, buying, selling, and dealing in methamphetamine, cocaine, and fentanyl, Schedule II controlled substances, and heroin, a Schedule I controlled substance, from a place in the United States to or through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## MANNER AND MEANS

- It was part of the conspiracy for its members, acting interdependently, to arrange for the movement of funds derived from the distribution of methamphetamine, heroin, cocaine, and fentanyl from Colorado to California.

- It was further part of the conspiracy for its members, acting interdependently, to move said funds from California into Mexico covertly through couriers generally unrelated to the conspiracy to distribute methamphetamine, heroin, cocaine, and fentanyl.

- It was further part of the conspiracy for its members, acting interdependently, to effect the transfer of funds in Mexico to MARIA GUADALUPE SANCHEZ-GAYTAN a/k/a "LUPITA."

23

- It was further part of the conspiracy for its members, acting interdependently, to moves those funds into Mexico by smuggling them as undeclared bulk cash shipments.

- It was further part of the conspiracy for SANCHEZ-GAYTAN to use said funds to purchase real property in Tepic, Nayarit, Mexico to attempt to place the property and its source of funds beyond the investigative reach of authorities in the United States.

## COUNT 53

On or about April 11, 2019, in the State and District of Colorado, the defendant, JAVIER ALEJANDRO VALLEJO-GALLO, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about December 10, 2013, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY

The defendant, JAVIER ALEJANDRO VALLEJO-GALLO, is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for a felony offense.

## FORFEITURE ALLEGATION

1.     The allegations contained in Counts 1 through 28 and 31 through 51 of this First Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853; Title 18, United States Code, Sections 924(d), 981(a)(1)(C),

982(a)(1); and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the violations alleged in Counts 1 through 10, 13 through 28, 31 through 37, and 39 through 51 of this First Superseding Indictment involving violations of Title 21, United States Code, Sections 841(a)(1) and 846, the defendants, CANDELARIA VALLEJO-GALLO; KENIA VALLEJO-GALLO; LUIS GERARDO PALACIOS; EBER URIEL PEREZ-RAMIREZ; ROSAURA VALLEJO-GALLO a/k/a "PELIGROS"; CHRISTIAN PALACIOS a/k/a "MICHI," a/k/a "MICHIGAN'"; GRECIA STEPHANIE TORRES-PABLO a/k/a "LA GORDA"; ALEXIS AARON HERNANDEZ-REYES; JAVIER ALEJANDRO VALLEJO-GALLO; JOSE TOMAS DENES-TORRES; JESUS RUIZ VELASCO-OCHOA a/k/a "GORDO"; HUMBERTO GASTELUM-VERDUGO; ENRIQUE RAUL MONTOYA-ARCE a/k/a "PAPO"; JESUS ANTILLO-QUINTERO; OMAR RIVAS-SAENZ a/k/a "GUERO'"; MARIO ROSENDO IBANEZ-MONTES a/k/a "ROMPOPE"; TONATIUH TACUBA-PALACIOS a/k/a "NEGRO"; BEATRIZ ADRIANA MARTINEZ-MEZA; MICHELLE JOSEFINA CASTANEDA; EDGAR ABRAHAM ESQUIVEL-TECALCO; ADELA GUZMAN; JUAN FELIPE CABRERA; KAREN DENISSE LOPEZ-JIMENEZ; MARIA MONICA NIETO-ESTRADA; ERIC LEONARD MARTINEZ; STEVEN LUCKENBILL; and CARLOS VICENTE RAMIREZ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

3.     Upon conviction of the violations alleged in Counts 11 and 12 of this First Superseding Indictment involving violations of Title 18, United States Code, Sections

922 and 924, the defendant, OMAR RIVAS-SAENZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all property, real or personal, involved in such offense, or any property traceable thereto.

4.      Upon conviction of the violation alleged in Count 38 of this First Superseding Indictment involving a violation of Title 18, United States Code, Section 1952(a)(3)(A), the defendant, ROSAURA VALLEJO-GALLO a/k/a "PELIGROS," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense..

5.      Upon conviction of the violations alleged in Count 52 of this First Superseding Indictment involving violations of Title 18, United States Code, Section 1956(h), the defendants, CANDELARIA VALLEJO-GALLO and MARIA GUADALUPE SANCHEZ-GAYTAN a/k/a "LUPITA," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real or personal, involved in such offense, or any property traceable thereto.

6.      If any of the property described in paragraphs 2-5 above, as a result of any act or omission of any defendant:

        a.  cannot be located upon the exercise of due diligence;
        b.  has been transferred or sold to, or deposited with, a third party;
        c.  has been placed beyond the jurisdiction of the Court;
        d.  has been substantially diminished in value; or
        e.  has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property.

A TRUE BILL:

<u>Ink Signature on File in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: <u>*s/Cyrus Y. Chung*</u>
Cyrus Y. Chung
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  cyrus.chung@usdoj.gov
Attorney for Government