DEFENDANT:        CANDELARIA VALLEJO-GALLO

AGE/YOB:          1978

COMPLAINT FILED?   _____ Yes     \_\_X\_\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes   \_X\_ No
   If No, a new warrant is required

OFFENSE(S):       **Count 1**: Continuing Criminal Enterprise, 21 U.S.C. § 848(a)

**Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.

**Counts 3–5, 7, 13, 14, 24, 32, 36, 41**: Distribution and Possession with Intent to Distribute 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

**Counts 6, 8, 19, 28, 34, 39, 42, 51**: Possession with Intent To Distribute 500 and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii).

**Count 35**: Distribution and Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

**Counts 15, 17, 18, 23, 25, 26, 33, 40, 47**: Unlawful Use of a Communications Facility, 21 U.S.C. § 843(b).

**Counts 20, 43**: Possession with Intent to Distribute 100 Grams and More of a Mixture and Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i).

**Count 21**: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii)(II).

**Counts 22, 44**: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi).

**Count 37**: Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

**Count 50**: Attempt to Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. § 846.

**Count 52**: Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h).

LOCATION OF OFFENSE: Arapahoe County, Colorado.

PENALTY: **Count 1**: NLT 20 yrs, NMT life imprisonment; NMT $2,000,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment Fee

**Counts 2, 3–8, 13, 14, 19, 22, 24, 28, 32, 34–36, 39, 41, 42, 44, 50**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee.

**Counts 15, 17, 18, 23, 25, 26, 33, 40, 47**: NMT 4 years imprisonment; NMT $250,000 fine, or both; NMT 1 year supervised release; $100 Special Assessment Fee

**Counts 20, 21, 43**: NLT 5 years, NMT 40 years imprisonment; NMT $5,000,000 fine, or both; NLT 4 years supervised release; $100 Special Assessment fee.

**Count 37**: NMT 20 years imprisonment; NMT $1,000,000 fine, or both; NLT 3 years supervised release; $100 Special Assessment Fee.

**Count 52**: NMT 20 years imprisonment, NMT the greater of $500,000 fine or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer; NMT 3 years supervised release; $100 Special Assessment Fee.

AGENT: Maureen Gibson
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY: Cyrus Y. Chung
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__ five days or less; _X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.