| | |
|---|---|
| DEFENDANT: | LUIS GERARDO PALACIOS, a/k/a "RARITO" |
| AGE/YOB: | 1989 |
| COMPLAINT FILED? | _____ Yes   \_\_X\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? \_\_ Yes   \_X\_ No   If No, a new warrant is required | |
| OFFENSE(S): | **Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.<br><br>**Counts 34, 42**: Possession with Intent To Distribute 500 and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii).<br><br>**Counts 45, 47**: Unlawful Use of a Communications Facility, 21 U.S.C. § 843(b).<br><br>**Count 43**: Possession with Intent to Distribute 100 Grams and More of a Mixture and Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i).<br><br>**Count 44**: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi). |
| LOCATION OF OFFENSE: | Denver County, Colorado. |
| PENALTY: | **Counts 2, 34, 42, 44**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee. |

**Counts 45, 47**: NMT 4 years imprisonment; NMT $250,000 fine, or both; NMT 1 year supervised release; $100 Special Assessment Fee

**Count 43**: NLT 5 years, NMT 40 years imprisonment; NMT $5,000,000 fine, or both; NLT 4 years supervised release; $100 Special Assessment fee.

AGENT: Maureen Gibson
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY: Cyrus Y. Chung
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__ five days or less; _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.