DEFENDANT:        EBER URIEL PEREZ-RAMIREZ

AGE/YOB:          1991

COMPLAINT FILED?  _____ Yes     \_\_X\_\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes    \_X\_ No
If No, a new warrant is required

OFFENSE(S):

**Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.

**Counts 32, 41**: Distribution and Possession with Intent to Distribute 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

**Count 35**: Distribution and Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

**Count 50**: Attempt to Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. § 846.

LOCATION OF OFFENSE:    Arapahoe County, Colorado.

PENALTY:    **Counts 2, 32, 35, 41, 50**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee.

AGENT:      Maureen Gibson
            Special Agent, Federal Bureau of Investigation

<u>AUTHORIZED BY:</u>   Cyrus Y. Chung
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

__ five days or less; _X__ over five days

<u>THE GOVERNMENT</u>

_X_  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.