| | |
|---|---|
| <u>DEFENDANT:</u> | CHRISTIAN PALACIOS, a/k/a "MICHI", a/k/a "MICHIGAN" |
| <u>AGE/YOB</u>: | 1992 |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_X\_\_\_\_ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   \_\_ Yes   \_X\_ No
   If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S):</u> | **Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.<br><br>**Count 17**: Unlawful Use of a Communications Facility, 21 U.S.C. § 843(b). |
| <u>LOCATION OF OFFENSE:</u> | Arapahoe County, Colorado. |
| <u>PENALTY:</u> | **Count 2**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee.<br><br>**Count 17**: NMT 4 years imprisonment; NMT $250,000 fine, or both; NMT 1 year supervised release; $100 Special Assessment Fee |
| <u>AGENT:</u> | Maureen Gibson<br>Special Agent, Federal Bureau of Investigation |
| <u>AUTHORIZED BY:</u> | Cyrus Y. Chung<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:   \_\_ five days or less; \_X\_\_ over five days

<u>THE GOVERNMENT</u>

 X\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.