| | |
|---|---|
| <u>DEFENDANT</u>: | JAVIER ALEJANDRO VALLEJO-GALLO |
| <u>AGE/YOB</u>: | 1991 |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_X\_\_\_ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   \_\_ Yes   \_X\_ No
   If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S)</u>: | **Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846. |
| | **Count 36**: Distribution and Possession with Intent to Distribute 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii). |
| | **Count 53**: Illegal Re-entry After Deportation, 8 U.S.C. § 1326(a). |
| <u>LOCATION OF OFFENSE</u>: | Arapahoe County, Colorado. |
| <u>PENALTY</u>: | **Counts 2, 36**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee. |
| | **Count 53**: Depending on the Court's determination of the Defendant's criminal history, the penalty could be as high as NMT 20 years imprisonment, NMT $250,000 or both; NMT 3 years supervised release; $100 Special Assessment fee. |
| <u>AGENT</u>: | Maureen Gibson<br>Special Agent, Federal Bureau of Investigation |
| <u>AUTHORIZED BY</u>: | Cyrus Y. Chung<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:     \_\_ five days or less; \_X\_\_ over five days

<u>THE GOVERNMENT</u>

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.

Case No. 1:20-cr-00028-RM   Document 72-9   filed 02/18/20   USDC Colorado   pg 2 of 2