DEFENDANT:          JOSE TOMAS DENES-TORRES

AGE/YOB:            1987

COMPLAINT          _____ Yes   __X____ No
FILED?             If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes    _X_ No
   If No, a new warrant is required

OFFENSE(S):        **Count 2**: Conspiracy to Distribute and Possess with Intent to
                   Distribute 50 Grams and More of Methamphetamine (actual) and
                   500 Grams and More of a Mixture and Substance Containing a
                   Detectable Amount of Methamphetamine, 500 Grams and More of a
                   Mixture and Substance Containing a Detectable Amount of
                   Cocaine, and 400 grams and more of a mixture and substance
                   containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-
                   piperidinyl] propanamide (fentanyl), Schedule II Controlled
                   Substances; and 1 Kilogram and More of a Mixture and Substance
                   Containing a Detectable Amount of Heroin, a Schedule I Controlled
                   Substance, 21 U.S.C. §§ 846.

                   **Count 18**: Unlawful Use of a Communications Facility, 21 U.S.C.
                   § 843(b).

LOCATION OF        Arapahoe County, Colorado
OFFENSE:

PENALTY:           **Count 2**: NLT 10 years, NMT life imprisonment, NMT $10,000,000
                   fine, or both; NLT 5 years supervised release; $100 Special
                   Assessment fee.

                   **Count 18**: NMT 4 years imprisonment; NMT $250,000 fine, or both;
                   NMT 1 year supervised release; $100 Special Assessment Fee

AGENT:             Maureen Gibson
                   Special Agent, Federal Bureau of Investigation

AUTHORIZED         Cyrus Y. Chung
BY:                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:     __ five days or less; _X__ over five days

THE GOVERNMENT

 X_  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.