| | |
|---|---|
| DEFENDANT: | HUMBERTO GASTELUM-VERDUGO |
| AGE/YOB: | 1987 |
| COMPLAINT FILED? | _____ Yes   __X____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _X_ No
   If No, a new warrant is required

OFFENSE(S):   **Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.

**Counts 4, 5, 7**: Distribution and Possession with Intent to Distribute 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

LOCATION OF OFFENSE:   Arapahoe County, Colorado.

PENALTY:   **Counts 2, 4, 5, 7**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee.

AGENT:   Maureen Gibson
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY:   Cyrus Y. Chung
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   __ five days or less; _X__ over five days

THE GOVERNMENT

 X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.