DEFENDANT: MARIA GUADALUPE SANCHEZ-GAYTAN, a/k/a "LUPITA"

AGE/YOB: 1981

COMPLAINT FILED? _____ Yes  \_\_X\_\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  \_\_ Yes  \_X\_ No
    If No, a new warrant is required

OFFENSE(S): **Count 52**: Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h).

LOCATION OF OFFENSE: Arapahoe County, Colorado.

PENALTY: **Count 52**: NMT 20 years imprisonment, NMT the greater of $500,000 fine or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer; NMT 3 years supervised release; $100 Special Assessment Fee.

AGENT: Maureen Gibson
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY: Cyrus Y. Chung
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_\_ five days or less; \_X\_\_ over five days

THE GOVERNMENT

 X\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.