| | |
|---|---|
| <u>DEFENDANT:</u> | OMAR RIVAS-SAENZ, a/k/a "GUERO" |
| <u>AGE/YOB</u>: | 1990 |
| <u>COMPLAINT FILED?</u> | _____ Yes    \_\_X\_\_\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>     \_\_ Yes    \_X\_ No
   If No, a new warrant is required

<u>OFFENSE(S):</u>     **Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.

**Count 8**: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) — Possession with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

**Count 9**: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C)— Possession with intent to distribute a mixture and substance containing a detectable amount of heroin.

**Count 10**: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C)— Possession with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl).

**Count 11**: 18 U.S.C. § 924(c) — Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

**Count 12**: 18 U.S.C. § 922(g)(5) — Possession of a Firearm by an Illegal Alien.

**Count 13**: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) — Distribution and Possession with Intent To Distribute 50 Grams and More of Methamphetamine (Actual), a Schedule II Controlled Substance.

**Counts 29 & 30**: 18 U.S.C. § 111(a)(1) & (b) — Assaulting a Federal Officer With a Deadly or Dangerous Weapon.

| | |
|---|---|
| <u>LOCATION OF OFFENSE:</u> | Denver County, Colorado. |
| <u>PENALTY:</u> | **Counts 2, 8, 13**: NLT 10 years and NMT life imprisonment; NMT $10,000,000 fine, or both; NLT 5 years Supervised Release; $100 Special Assessment |
| | **Counts 9, 10**: NMT 20 years imprisonment; NMT $250,000 fine, or both; NLT 3 years Supervised Release; $100 Special Assessment |
| | **Count 11**: NLT 5 years and NMT life imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment. |
| | **Count 12**: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment. |
| | **Counts 29 & 30**: NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT 3 years Supervised Release; $100 Special Assessment |
| <u>AGENT:</u> | Maureen Gibson<br>Special Agent, Federal Bureau of Investigation |
| <u>AUTHORIZED BY:</u> | Cyrus Y. Chung<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

__ five days or less; _X__ over five days

<u>THE GOVERNMENT</u>

 X _ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.