| | |
|---|---|
| DEFENDANT: | MARIO ROSENDO IBANEZ-MONTES, a/k/a "ROMPOPE" |
| AGE/YOB: | 1995 |
| COMPLAINT FILED? | _____ Yes   __X____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X_ No<br>If No, a new warrant is required |
| OFFENSE(S): | **Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.<br><br>**Count 14**: Distribution and Possession with Intent to Distribute 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii). |
| LOCATION OF OFFENSE: | Denver County, Colorado. |
| PENALTY: | **Counts 2, 14**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee. |
| AGENT: | Maureen Gibson<br>Special Agent, Federal Bureau of Investigation |
| AUTHORIZED BY: | Cyrus Y. Chung<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:   __ five days or less; _X__ over five days

THE GOVERNMENT

 X __ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.