DEFENDANT: MICHELLE JOSEFINA CASTANEDA

AGE/YOB: 2000

COMPLAINT FILED? _____ Yes  \_\_X\_\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  \_\_ Yes  \_X\_ No
  If No, a new warrant is required

OFFENSE(S):

**Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.

**Count 19**: Possession with Intent To Distribute 500 and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii).

**Count 20**: Possession with Intent to Distribute 100 Grams and More of a Mixture and Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i).

**Count 21**: Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii)(II).

**Count 22**: Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi).

LOCATION OF OFFENSE: Mesa County, Colorado.

PENALTY: **Counts 2, 19, 22**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee.

**Counts 20, 21**: NLT 5 years, NMT 40 years imprisonment; NMT $5,000,000 fine, or both; NLT 4 years supervised release; $100 Special Assessment fee.

AGENT: Maureen Gibson
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY: Cyrus Y. Chung
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__ five days or less; _X__ over five days

THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.