| | |
|---|---|
| <u>DEFENDANT</u>: | EDGAR ABRAHAM ESQUIVEL-TECALCO |
| <u>AGE/YOB</u>: | 1985 |
| <u>COMPLAINT FILED?</u> | _____ Yes   __X____ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   __ Yes   _X_ No
   If No, a new warrant is required

<u>OFFENSE(S)</u>:   **Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.

**Count 28**: Possession with Intent To Distribute 500 and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii).

<u>LOCATION OF OFFENSE</u>: Garfield County, Colorado.

<u>PENALTY</u>: **Counts 2, 28**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee.

<u>AGENT</u>: Maureen Gibson
Special Agent, Federal Bureau of Investigation

<u>AUTHORIZED BY</u>: Cyrus Y. Chung
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:   __ five days or less; _X__ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.