DEFENDANT:          ADELA GUZMAN

AGE/YOB:            1979

COMPLAINT          _____ Yes     __X_____ No
FILED?
                   If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     __ Yes     _X_ No
    If No, a new warrant is required

OFFENSE(S):        **Count 2**: Conspiracy to Distribute and Possess with Intent to
                   Distribute 50 Grams and More of Methamphetamine (actual) and
                   500 Grams and More of a Mixture and Substance Containing a
                   Detectable Amount of Methamphetamine, 500 Grams and More of a
                   Mixture and Substance Containing a Detectable Amount of
                   Cocaine, and 400 grams and more of a mixture and substance
                   containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-
                   piperidinyl] propanamide (fentanyl), Schedule II Controlled
                   Substances; and 1 Kilogram and More of a Mixture and Substance
                   Containing a Detectable Amount of Heroin, a Schedule I Controlled
                   Substance, 21 U.S.C. §§ 846.

                   **Count 34**: Possession with Intent To Distribute 500 and More of a
                   Mixture and Substance Containing a Detectable Amount of
                   Methamphetamine and 50 Grams and More of Methamphetamine
                   (Actual), 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii).

LOCATION OF        Mesa County, Colorado.
OFFENSE:

PENALTY:           **Counts 2, 34**: NLT 10 years, NMT life imprisonment, NMT
                   $10,000,000 fine, or both; NLT 5 years supervised release; $100
                   Special Assessment fee.

AGENT:             Maureen Gibson
                   Special Agent, Federal Bureau of Investigation

AUTHORIZED         Cyrus Y. Chung
BY:                Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:     __ five days or less; _X__ over five days

THE GOVERNMENT

 X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.