DEFENDANT:  KAREN DENISSE LOPEZ-JIMENEZ

AGE/YOB:  1991

COMPLAINT FILED?  _____ Yes   \_\_X\_\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes   \_X\_ No

If No, a new warrant is required

OFFENSE(S):  **Count 2**: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II Controlled Substances; and 1 Kilogram and More of a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. §§ 846.

LOCATION OF OFFENSE:  Arapahoe County, Colorado.

PENALTY:  **Count 2**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee.

AGENT:  Maureen Gibson
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY:  Cyrus Y. Chung
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_\_ five days or less; \_X\_\_ over five days

THE GOVERNMENT

 X\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.