DEFENDANT:     ERIC LEONARD MARTINEZ

AGE/YOB:     1983

COMPLAINT FILED?     __X___ Yes     _____ No

     If Yes, MAGISTRATE CASE NUMBER 20-mj-00017-MEH_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_ Yes   __ No
   If No, a new warrant is required

OFFENSE(S):     **Count 49**: Possession with Intent to Distribute 40 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi).

LOCATION OF OFFENSE:     Denver County, Colorado.

PENALTY:     **Count 49**: NLT 5 years, NMT 40 years imprisonment; NMT $5,000,000 fine, or both; NLT 4 years supervised release; $100 Special Assessment fee.

AGENT:     Maureen Gibson
     Special Agent, Federal Bureau of Investigation

AUTHORIZED BY:     Cyrus Y. Chung
     Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.