DEFENDANT: STEVEN LUCKENBILL

AGE/YOB: 1975

COMPLAINT FILED? _____ Yes   _____ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes   \_X\_ No
   If No, a new warrant is required

OFFENSE(S): **Count 46**: Possession with Intent To Distribute 500 and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and 50 Grams and More of Methamphetamine (Actual), 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii).

LOCATION OF OFFENSE: El Paso County, Colorado.

PENALTY: **Count 46**: NLT 10 years, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release; $100 Special Assessment fee.

AGENT: Maureen Gibson
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY: Cyrus Y. Chung
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_\_ five days or less;  \_X\_\_ over five days

THE GOVERNMENT

 X\_  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.