DEFENDANT: CARLOS VICENTE RAMIREZ

AGE/YOB: 1989

COMPLAINT FILED? __X____ Yes   _____ No

If Yes, MAGISTRATE CASE NUMBER __20-mj-00020-MEH_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _X_ No

If No, a new warrant is required

OFFENSE(S): **Count 48**: Attempt to Possess with Intent to Distribute 40 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 846.

LOCATION OF OFFENSE: Arapahoe County, Colorado.

PENALTY: **Count 48**: NLT 5 years, NMT 40 years imprisonment; NMT $5,000,000 fine, or both; NLT 4 years supervised release; $100 Special Assessment fee.

AGENT: Maureen Gibson
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY: Cyrus Y. Chung
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.