## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  February 28, 2020 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  Cathy Bahr |
| Probation:  n/a | |

**CASE NO.   20-cr-00028-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Cyrus Chung |
| | Zachary Phillips |
| Plaintiff, | |
| v. | |
| 1.  CANDELARIA VALLEJO-GALLO, | Mark Johnson |
| 2.  KENIA VALLEJO-GALLO, | Richard Banta |
| 3.  LUIS GERARDO PALACIOS, | John Sullivan |
| 4.  EBER URIEL PEREZ-RAMIREZ, | Mark Johnson for Lisabeth Castle |
| 5.  ROSAURA VALLEJO-GALLO, | Derek Samuelson |
| 6.  CHRISTIAN PALACIOS, | Kevin McGreevy |
| 7.  GRECIA STEPHANIE TORRES-PABLO, | Ryan Coward |
| 8.  ALEXIS AARON HERNANDEZ-REYES, | Jason Schall |
| 9.  JAVIER ALEJANDRO VALLEJO-GALLO, | Jolie Masterson |
| 16.  OMAR RIVAS-SAENZ, | Sean McDermott |
| 17.  MARIO ROSENDO IBANEZ-MONTES, | Alaurice Tafoya-Modi |
| 19.  BEATRIZ ADRIANA MARTINEZ-MEZA, | Marci LaBranche |
| 20.  MICHELLE JOSEFINA CASTANEDA, | Scott Reisch |
| 21.  EDGAR ABRAHAM ESQUIVEL-TECALCO, | Lisa Wayne (by phone) |
| 22.  ADELA GUZMAN, | John Schlie |
| 25.  MARIA MONICA NIETO-ESTRADA, | Matthew Barringer |
| 26.  ERIC LEONARD RAMIREZ, | Richard Stuckey |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**     10:34 a.m.

Appearances of counsel.   Defendants Kenia Vallejo-Gallo and Adela Guzman are present and on bond.   All other defendants appearing today are present and in custody.

Discussion held regarding the status of the case and the Government's Motion to Designate Case as Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) (Doc. 170).

The Court states its findings pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

**ORDERED:**  Government's Motion to Designate Case as Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) (Doc. 170) is GRANTED as stated on the record.

The Court will not set a trial date or any deadlines at this time.

**ORDERED:**  Any defense counsel who disagrees with the declaration of complexity, or otherwise wishes to file opposition to that, he or she shall file a pleading to that effect, w**ithin ten (10) days from today's date, or ten days from entry of appearance, whichever is earlier.**

**ORDERED:**  Further Status Conference is set for **May 29, 2020, at 1:00 p.m.   The presence of the defendants is not required.**   If any counsel would like his or her client to be present for the Status Conference, a motion requesting same shall be filed **two weeks** prior to the Status Conference.

**ORDERED:**  Bond is continued for Defendants Kenia Vallejo-Gallo and Adela Guzman.   All other defendants are remanded to the custody of the U.S. Marshal Service.

**COURT IN RECESS:**       11:05 a.m.
**Total in court time:**       00:31
**Hearing concluded**