**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CANDELARIA VALLEJO-GALLO,
2. KENIA VALLEJO-GALLO,
3. LUIS GERARDO PALACIOS,
    a/k/a "RARITO"
4. EBER URIEL PEREZ-RAMIREZ,
5. ROSAURA VALLEJO-GALLO,
    a/k/a "PELIGROS"
6. CHRISTIAN PALACIOS,
    a/k/a "MICHI" a/k/a "MICHIGAN"
7. GRECIA STEPHANIE TORRES-PABLO,
    a/k/a "LA GORDA"
8. ALEXIS AARON HERNANDEZ-REYES,
9. JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA,
    a/k/a "GORDO"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE,
    a/k/a "PAPO"
14. JESUS ANTILLO-QUINTERO,
15. MARIA GUADALUPE SANCHEZ-GAYTAN,
    a/k/a "LUPITA"
16. OMAR RIVAS-SAENZ,
    a/k/a "GUERO"
17. MARIO ROSENDO IBANEZ-MONTES,
    a/k/a "ROMPOPE"
18. TONATIUH TACUBA-PALACIOS,
    a/k/a "NEGRO"
19. BEATRIZ ADRIANA MARTINEZ-MEZA,
20. MICHELLE JOSEFINA CASTANEDA,
21. EDGAR ABRAHAM ESQUIVEL-TECALCO,
22. ADELA GUZMAN,
23. JUAN FELIPE CABRERA,
24. KAREN DENISSE LOPEZ-JIMENEZ,
25. MARIA MONICA NIETO-ESTRADA,

26. ERIC LEONARD MARTINEZ,
27. STEVEN LUCKENBILL, and
28. CARLOS VICENTE RAMIREZ,

    Defendants.

## GOVERNMENT'S MOTION TO DISCLOSE
## GRAND JURY MATERIAL TO DEFENDANTS

    The United States of America, by and through Cyrus Y. Chung, Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), for an order authorizing the Government to disclose Grand Jury testimony and exhibits to Defendants and Defendants' attorneys, as part of discovery in this case, on the terms and conditions outlined below.

    As grounds for this motion, the Government states as follows:

    1.    Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "a matter occurring before the grand jury."

    2.    The Government wishes to provide discovery to Defendants, but many of the documents contain Grand Jury material.

    3.    Fed. R. Crim. P. 6(e)(3)(E)(I) allows for Court-authorized disclosure of "a Grand Jury matter," when such disclosure is "preliminarily to or in connection with a judicial proceeding."

    4.    The pending case against the Defendants is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding.   The Government wishes to provide this discovery, but can only do so with the Court's approval.

    5.    Because these proceedings (and the related Grand Jury material) remain secret, *see* Fed. R. Crim. P. 6(e), the Government moves that disclosure only be

allowed for purposes of defending this case; that such disclosure only be made to Defendants and Defendants' attorneys; that such Grand Jury material be maintained in the defense counsels' custody; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case.

WHEREFORE, the Government respectfully requests that the Court authorize the disclosure of Grand Jury material to the Defendants and Defendants' attorneys, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted this 31st day of March, 2020.

JASON R. DUNN
UNITED STATES ATTORNEY

BY:   s/Cyrus Y. Chung
Cyrus Y. Chung
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
Telephone (303) 454-0100
Fax (303) 454-0401
E-mail:  cyrus.chung@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

    I hereby certify that on this 31st day of March, 2020, I electronically filed the foregoing GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                BY:    *s/Stephanie Graham*
                           Legal Assistant
                           U.S. Attorney's Office
                           1801 California St., Suite 1600
                           Denver, CO 80202