IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No.     20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CANDELARIA VALLEJO-GALLO,
2. KENIA VALLEJO-GALLO,
3. LUIS GERARDO PALACIOS,
    a/k/a "RARITO"
4. EBER URIEL PEREZ-RAMIREZ,
5. ROSAURA VALLEJO-GALLO,
    a/k/a "PELIGROS"
6. CHRISTIAN PALACIOS,
    a/k/a "MICHI" a/k/a "MICHIGAN"
7. GRECIA STEPHANIE TORRES-PABLO,
    a/k/a "LA GORDA"
8. ALEXIS AARON HERNANDEZ-REYES,
9. JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA,
    a/k/a "GORDO"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE,
    a/k/a "PAPO"
14. JESUS ANTILLO-QUINTERO,
15. MARIA GUADALUPE SANCHEZ-GAYTAN,
    a/k/a "LUPITA"
16. OMAR RIVAS-SAENZ,
    a/k/a "GUERO"
17. MARIO ROSENDO IBANEZ-MONTES,
    a/k/a "ROMPOPE"
18. TONATIUH TACUBA-PALACIOS,
    a/k/a "NEGRO"
19. BEATRIZ ADRIANA MARTINEZ-MEZA,
20. MICHELLE JOSEFINA CASTANEDA,
21. EDGAR ABRAHAM ESQUIVEL-TECALCO,
22. ADELA GUZMAN,
23. JUAN FELIPE CABRERA,
24. KAREN DENISSE LOPEZ-JIMENEZ,
25. MARIA MONICA NIETO-ESTRADA,
26. ERIC LEONARD MARTINEZ,
27. STEVEN LUCKENBILL, and

28.     CARLOS VICENTE RAMIREZ,

Defendants.

## ORDER

THIS MATTER is before the Court on the Government's Motion To Disclose Grand Jury Material To Defendants [ECF No. 264]. Having reviewed the motion, the Court finds that it should be granted. Therefore,

IT IS ORDERED that the Government's Motion To Disclose Grand Jury Material To Defendants [ECF No. 264] is **GRANTED**, and this Court authorizes the Government to disclose a copy of the grand jury material in this matter to defense counsel.

IT IS FURTHER ORDERED that:

1. Disclosure of Grand Jury Materials is allowed only for purposes of defending this case;
2. Such disclosure shall be made only to Defendants and Defendants' attorneys;
3. Such Grand Jury material shall be maintained in the defense counsels' custody;
4. Such materials shall not be reproduced or disseminated; and,
5. Such materials be returned to the United States at the end of this case.

DATED this 31st day of March, 2020.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge