**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00028-RM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. CANDELARIA VALLEJO-GALLO,
2. KENIA VALLEJO-GALLO,
3. LUIS GERARDO PALACIOS,
  a/k/a "RARITO"
4. EBER URIEL PEREZ-RAMIREZ,
5. ROSAURA VALLEJO-GALLO,
  a/k/a "PELIGROS"
6. CHRISTIAN PALACIOS,
  a/k/a "MICHI" a/k/a "MICHIGAN"
7. GRECIA STEPHANIE TORRES-PABLO,
  a/k/a "LA GORDA"
8. ALEXIS AARON HERNANDEZ-REYES,
9. JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA,
  a/k/a "GORDO"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE,
  a/k/a "PAPO"
14. JESUS ANTILLO-QUINTERO,
15. MARIA GUADALUPE SANCHEZ-GAYTAN,
  a/k/a "LUPITA"
16. OMAR RIVAS-SAENZ,
  a/k/a "GUERO"
17. MARIO ROSENDO IBANEZ-MONTES,
  a/k/a "ROMPOPE"
18. TONATIUH TACUBA-PALACIOS,
  a/k/a "NEGRO"
19. BEATRIZ ADRIANA MARTINEZ-MEZA,
20. MICHELLE JOSEFINA CASTANEDA,
21. EDGAR ABRAHAM ESQUIVEL-TECALCO,
22. ADELA GUZMAN,
23. JUAN FELIPE CABRERA,
24. KAREN DENISSE LOPEZ-JIMENEZ,
25. MARIA MONICA NIETO-ESTRADA,

26. ERIC LEONARD MARTINEZ,
27. STEVEN LUCKENBILL, and,
28. CARLOS VICENTE RAMIREZ,

        Defendants.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 13th day of April, 2020.

        JASON R. DUNN
        United States Attorney

        s/ *Elizabeth Young*
        Elizabeth Young
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Elizabeth.young2@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of April, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                 s/ *Jasmine Zachariah*
                 FSA Data Analyst
                 Office of the U.S. Attorney