**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     CANDELARIA VALLEJO-GALLO,
2.     KENIA VALLEJO-GALLO,
3.     LUIS GERARDO PALACIOS,
        a/k/a "RARITO"
4.     EBER URIEL PEREZ-RAMIREZ,
5.     ROSAURA VALLEJO-GALLO,
        a/k/a "PELIGROS"
6.     CHRISTIAN PALACIOS,
        a/k/a "MICHI" a/k/a "MICHIGAN"
7.     GRECIA STEPHANIE TORRES-PABLO,
        a/k/a "LA GORDA"
8.     ALEXIS AARON HERNANDEZ-REYES,
9.     JAVIER ALEJANDRO VALLEJO-GALLO,
10.     JOSE TOMAS DENES-TORRES,
14.     JESUS ANTILLO-QUINTERO,
16.     OMAR RIVAS-SAENZ,
        a/k/a "GUERO"
17.     MARIO ROSENDO IBANEZ-MONTES,
        a/k/a "ROMPOPE"
19.     BEATRIZ ADRIANA MARTINEZ-MEZA,
20.     MICHELLE JOSEFINA CASTANEDA,
21.     EDGAR ABRAHAM ESQUIVEL-TECALCO,
22.     ADELA GUZMAN,
25.     MARIA MONICA NIETO-ESTRADA,
26.     ERIC LEONARD MARTINEZ, and
28.     CARLOS VICENTE RAMIREZ,

    Defendants.

_____

**ORDER REGARDING JUNE 4, 2020 STATUS CONFERENCE**
_____

This matter is before the Court *sua sponte*.  The currently scheduled June 4, 2020, 9:00 a.m. Status Conference is hereby converted to a series of 4 sequential and **telephonic** status conferences.  The first will be comprised of government counsel and counsel for the first five defendants (**Candelaria Vallejo-Gallo, Kenia Vallejo-Gallo, Luis Gerardo Palacios, Eber Uriel Perez-Ramirez, and Rosaura Vallejo-Gallo**).  The first conference will commence at 9:00 a.m. on June 4, 2020.  The remaining conferences will be at 9:40 a.m., 10:20 a.m., and 11:00 a.m., on June 4, 2020.  The government is required at each.  The 2nd, 3rd and 4th conferences will be attended by sequential sets of five defendants who have appeared based on indictment/caption order.  Conference 2 is for (**Christian Palacios**, **Grecia Stephanie Torres-Pablo**, **Alexis Aaron Hernandez-Reyes**, **Javier Alejandro Vallejo-Gallo**, and **Jose Tomas Denes-Torres**); Conference 3 is for (**Jesus Antillo-Quintero**, **Omar Rivas-Saenz**, **Mario Rosendo Ibanez-Montes**, **Beatriz Adriana Martinez-Meza**, and **Michelle Josefina Castaneda**); Conference 4 is for (**Edgar Abraham Esquivel-Tecalco**, **Adela Guzman**, **Maria Monica Nieto-Estrada**, **Eric Leonard Martinez**, and **Carlos Vicente Ramirez**).  Matters to be discussed will include the status of discovery and proposals for motions and/or trial settings.

The Court previously allowed the appearance of defendants, if requested by counsel, at the Status Conference set for June 4, 2020.  However, this was done before the limitations on the court facilities and other COVID considerations were known.  The matters to be discussed at the rescheduled Status Conferences are primarily scheduling matters which do not require appearances of defendants.  Consequently, defendants will not participate other than through

counsel.  **The parties are directed to call the conference line as a participant (888.636.3807, Access Code 4296144# five minutes before the schedule times).**

    DATED this 22nd day of May, 2020.

                            BY THE COURT:

                            _____
                            RAYMOND P. MOORE
                            United States District Judge