**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: n/a | Date: June 4, 2020<br>Interpreter: n/a |

**CASE NO. 20-cr-00028-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Cyrus Chung |
| | Zachary Phillips |
| Plaintiff, | |
| v. | |
| 1. CANDELARIA VALLEJO-GALLO, | Mark Johnson |
| 2. KENIA VALLEJO-GALLO, | Richard Banta |
| 3. LUIS GERARDO PALACIOS, | John Sullivan |
| 4. EBER URIEL PEREZ-RAMIREZ, | Lisabeth Castle |
| 5. ROSAURA VALLEJO-GALLO, | Derek Samuelson |
| Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE
COURT IN SESSION:       9:01 a.m.**

Appearances of counsel by telephone.   Defendants are not present; presence waived.

Discussion held regarding the setting of this hearing, the absence of the defendants, the status of the case, setting future deadlines and hearings, the pending Unopposed and Joint Motion to Exclude an Additional 90 Days for the Ends of Justice (Doc. 317), new arrests of fugitive defendants, and defense counsels' ability to contact their clients at detention facilities.

**COURT IN RECESS:       9:32 a.m.
Total in court time:       00:31
Hearing concluded**