IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. ROSAURA VALLEJO-GALLO,
    a/k/a "PELIGROS"

    Defendant.

## NOTICE OF DISPOSITION

Rosaura Vallejo-Gallo, through counsel, hereby gives notice that a disposition has been reached in the above-captioned case and requests that the matter be set for a change of plea hearing.

Respectfully submitted,

s/ *Derek Samuelson*
DEREK SAMUELSON
Samuelson Law, P.C.
215 W. Oak St., Ste. 601
Fort Collins, CO  80521
Phone: (970) 493-4371
Email: derek@samuelsonlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, I electronically filed the foregoing

## NOTICE OF DISPOSITION

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                s/ *Derek Samuelson*
                                                DEREK SAMUELSON
                                                Samuelson Law, P.C.
                                                215 W. Oak St., Ste. 601
                                                Fort Collins, CO 80521
                                                Phone: (970) 493-4371
                                                Email: derek@samuelsonlaw.com