**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    **ROSAURA VALLEJO-GALLO,**
    a/k/a "Peligros"

    Defendant.

---

### ORDER SETTING CHANGE OF PLEA HEARING
---

Pursuant to the Notice of Disposition filed on October 2, 2020 (ECF No. 390). A Change of Plea Hearing is set for **October 28, 2020** at **9:00 a.m. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 72 hours before the change of plea hearing**. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that 15-day jury trial scheduled for **March 22, 2021, as to this Defendant only** is VACATED.

DATED this 6th day of October, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge