| ☐ County Court ☑ District Court | **FILED** |
|---|---|
| Denver County, Colorado | UNITED STATES DISTRICT COURT |
| Court Address: 8000 East 36th Avenue | DENVER, COLORADO |
| Denver, Co. 80238-2831 | **OCT 16 2020** |
| Plaintiff(s)/Petitioner(s): Rosaura Vallejo Grallo | JEFFREY P. COLWELL |
| v. | CLERK |
| Defendant(s)/Respondent(s): | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address): Derek Samuel Son | Case Number: 19-sw-06317-KLM |
| Phone Number: 720-493-4371   E-mail: derek@samuelsonlaw.com | |
| FAX Number:   Atty. Reg. #: | Division   Courtroom |

**MOTION TO** fire attorney for ineffective counsel

For the following reasons: (cite any applicable law)
1) failure to provide translator after several requests
2) denying motions
3) does not communicate after several calls/letters and emails
4) refused to forward letters I wrote to DA. 3681

I request the Court to:
remove and provide new attorney & translator

I have had assistance in all letters and this motion from a offender & dictionary

Date: 9/24/20

Signature of ☑ Petitioner/Plaintiff or ☑ Respondent/Defendant: Rosaura Vallejo Grallo
Address: 4000 Justice Way PO Suite 2630
City, State and Zip Code: Castle Rock CO, 80109-7547
Telephone Number (Home):   (Work) Douglas County Jail

---

**CERTIFICATE OF SERVICE**

I certify that on _____ (date) a true and accurate copy of the Motion to _____
was served on the other party by:
☐ Hand Delivery, ☐ E-filed, ☐ Faxed to this number _____, **or**
☐ by placing it in the United States mail, postage pre-paid, and addressed to the following (include name and address):

To: _____

☐ Petitioner/Plaintiff or ☐ Respondent/Defendant

JDF 76   R5/17   MOTION TO



U.S. Department of Justice

Federal Bureau of Investigation

---

*Office of the Chief Division Counsel*

8000 E. 36th Avenue
Denver, Colorado 80238
303-629-7171

October 6, 2020

Rosaura Vallejo-Gallo 1024
Douglas County Jail
4000 Justice Way STE 2630
Castle Rock CO 809109-7547

Dear Ms Vallejo-Gallo:

We are in receipt of your motion to fire your attorney for ineffective assistance of counsel (IAC) and are returning it to you. This matter does not fall under the purview of the Federal Bureau of Investigation.

If you wish to reach U.S. Magistrate Judge Michael Hegarty, to whom your letter was addressed, please forward your correspondence to him at Alfred A. Arraj United States Courthouse A542, 901 19th Street, Denver, Colorado, 80294-3589.

Thank you.

Respectfully,

Barbara W. Kline
Paralegal Specialist

Inmate Rosaura Vallejo Ramos 1026-906639
Douglas County Jail
4000 Justice Way
Castle Rock, CO 80109

DENVER CO 802
14 OCT 2020 PM 2 L

UNCENSORED INMATE MAIL
DOUGLAS COUNTY JAIL
CASTLE ROCK, CO

Alfred A. Arras
United States Courthouse A542
901 19th St.
Denver, Colorado
80294-3589

Legal mail.