**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     CANDELARIA VALLEJO-GALLO,
2.     KENIA VALLEJO-GALLO,
3.     LUIS GERARDO PALACIOS,
        a/k/a "RARITO"
4.     EBER URIEL PEREZ-RAMIREZ,
5.     ROSAURA VALLEJO-GALLO,
        a/k/a "PELIGROS"
6.     CHRISTIAN PALACIOS,
        a/k/a "MICHI" a/k/a "MICHIGAN"
7.     GRECIA STEPHANIE TORRES-PABLO,
        a/k/a "LA GORDA"
8.     ALEXIS AARON HERNANDEZ-REYES,
9.     JAVIER ALEJANDRO VALLEJO-GALLO,
10.     JOSE TOMAS DENES-TORRES,
14.     JESUS ANTILLO-QUINTERO,
16.     OMAR RIVAS-SAENZ,
        a/k/a "GUERO"
17.     MARIO ROSENDO IBANEZ-MONTES,
        a/k/a "ROMPOPE"
19.     BEATRIZ ADRIANA MARTINEZ-MEZA,
20.     MICHELLE JOSEFINA CASTANEDA,
21.     EDGAR ABRAHAM ESQUIVEL-TECALCO,
22.     ADELA GUZMAN,
25.     MARIA MONICA NIETO-ESTRADA,
26.     ERIC LEONARD MARTINEZ,
27.     STEVEN LUCKENBILL, and
28.     CARLOS VICENTE RAMIREZ,

    Defendants.

_____

**ORDER**
_____

The Court previously granted to Defendant Christian Palacios an extension of time to file suppression motions herein (ECF No. 430).  Since then, at least one other defendant has sought a similar extension.  Rather than deal with such motions for extensions as they trickle in, the Court hereby GRANTS an extension of time for all defendants in this matter to and including November 2, 2020, with responses due November 16, 2020.  Consequently, ECF No. 431 is GRANTED IN PART AND DENIED IN PART.

DATED this 23rd day of October, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge