# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:   October 28, 2020 |
| Court Reporter:  Tammy Hoffschildt (VTC) | Interpreter:   Cathy Bahr |
| Probation:   n/a | |

**CASE NO.   20-cr-00028-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Cyrus Chung (VTC) |
| Plaintiff, | |
| v. | |
| 5.  ROSAURA VALLEJO-GALLO, | Derek Samuelson |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING – Video Teleconference (VTC)**
**COURT IN SESSION:**     **8:58 a.m.**

Appearances of counsel.   Defendant is present and in custody.

The Court makes preliminary remarks.

Interpreter is sworn.

**9:03 a.m.**     Mr. Chung is excused from the hearing and will be contacted by the courtroom deputy to rejoin the hearing.

**ORDERED:**   This portion of the transcript shall be filed as restricted level 2.

Discussion held regarding the defendant's *pro se* Motion to Fire Attorney (Doc. 422).

**ORDERED:**   The defendant's *pro se* Motion to Fire Attorney (Doc. 422) is DENIED without prejudice.

Discussion held regarding resetting the Change of Plea Hearing and obtaining the defendant's signature on the plea documents.

**9:47 a.m.**     Mr. Chung is again present by VTC.

**ORDERED:**  This portion of the transcript shall be filed as unrestricted.

Mr. Chung is advised of the Court's ruling.

The Court directs counsel to jointly contact his judicial assistant to reset the Change of Plea Hearing.

**ORDERED:**  Defendant remanded to the custody of the U.S. Marshal Service.

**COURT IN RECESS:**     **9:49 a.m.**
**Total in court time:**     **00:51**
**Hearing concluded**