**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-cr-00028-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CANDELARIA VALLEJO-GALLO,
2. KENIA VALLEJO-GALLO,
3. LUIS GERARDO PALACIOS,
      a/k/a "RARITO"
4. EBER URIEL PEREZ-RAMIREZ,
5. ROSAURA VALLEJO-GALLO,
      a/k/a "PELIGROS"
6. CHRISTIAN PALACIOS,
      a/k/a "MICHI" a/k/a "MICHIGAN"
7. GRECIA STEPHANIE TORRES-PABLO,
      a/k/a "LA GORDA"
8. ALEXIS AARON HERNANDEZ-REYES,
9. JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA,
       a/k/a "GORDO"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE,
       a/k/a "PAPO"
14. JESUS ANTILLO-QUINTERO,
15. MARIA GUADALUPE SANCHEZ-GAYTAN,
       a/k/a "LUPITA"
16. OMAR RIVAS-SAENZ,
       a/k/a "GUERO"
17. MARIO ROSENDO IBANEZ-MONTES,
       a/k/a "ROMPOPE"
18. TONATIUH TACUBA-PALACIOS,
       a/k/a "NEGRO"
19. BEATRIZ ADRIANA MARTINEZ-MEZA,
20. MICHELLE JOSEFINA CASTANEDA,
21. EDGAR ABRAHAM ESQUIVEL-TECALCO,
22. ADELA GUZMAN,
23. JUAN FELIPE CABRERA,
24. KAREN DENISSE LOPEZ-JIMENEZ,
25. MARIA MONICA NIETO-ESTRADA,
26. ERIC LEONARD MARTINEZ,

27. STEVEN LUCKENBILL, and,
28. CARLOS VICENTE RAMIREZ,

    Defendants.

## GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO THE UNITED STATES PROBATION OFFICE

    The United States of America, by and through Cyrus Y. Chung, Assistant United States Attorney, respectfully moves the Court for an order authorizing the Government to disclose Grand Jury testimony and exhibits to United States Probation Officer Ryan Kinsella to aid the United States Probation Officer in his preparation of presentence investigation reports in this case.

    Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "a matter occurring before the grand jury." Because "the probation officer serves as an investigative and supervisory arm of the court," *United States v. Davis*, 151 F.3d 1304, 1306 (10th Cir. 1998), the government does not believe that disclosure to USPO Kinsella constitutes a "disclosure" under Rule 6(e). In addition, Rule 6(e)(3)(A)(ii) expressly allows disclosure to any government personnel "that an attorney for the government considers necessary to assist in performing that attorney's duty to enforce federal criminal law." Here, USPO Kinsella is assigned to prepare presentence investigation reports for the defendants in the above-captioned case and participation in such preparation is part of the government's duty to enforce federal criminal law. Accordingly, the order sought in this motion may be unnecessary.

    Nevertheless, out of an abundance of caution and because some contrary authority exists, *see United States v. Hogan*, 489 F. Supp. 1035, 1038-40 (W.D. Wash. 1980), the government moves the Court for an Order allowing disclosure of grand jury

materials in this matter to the Probation Office.  Fed. R. Crim. P. 6(e)(3)(E)(i) allows for Court-authorized disclosure of "a Grand Jury matter," when such disclosure is "preliminarily to or in connection with a judicial proceeding."  The pending case against the Defendants is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding, namely in connection with the presentence investigation reports to be prepared for this case.  The Court has declared the case complex, *see* ECF No. 179, disclosure has been allowed to counsel for the defendants, *see* ECF No. 265, and disclosure in this case to the Probation Office would "enhance[] judicial efficiency to allow the presentence investigator to examine the testimony prior to preparing his report."  *United States v. McDowell*, 888 F.2d 285, 289 (3d Cir. 1989).

WHEREFORE, the Government respectfully requests that the Court authorize the disclosure of Grand Jury material to United States Probation Officer Ryan Kinsella for the preparation of presentence investigation reports regarding the defendants in the above-captioned case.

Respectfully submitted this 10th day of November, 2020.

        JASON R. DUNN
        UNITED STATES ATTORNEY

By: *s/Cyrus Y. Chung*
    Cyrus Y. Chung
    Assistant United States Attorney
    U.S. Attorney's Office
    1801 California St., Suite 1600
    Denver, CO 80202
    Telephone (303) 454-0100
    Fax (303) 454-0405
    E-mail:  cyrus.chung@usdoj.gov
    Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2020, I electronically filed the foregoing GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO THE UNITED STATES PROBATION OFFICE with the Clerk of Court using the ECF system, which will send notification of such filing to all email addresses of record.

      By: *s/Stephanie Graham*
Stephanie Graham
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100