**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CANDELARIA VALLEJO-GALLO,
2. KENIA VALLEJO-GALLO,
3. LUIS GERARDO PALACIOS,
   a/k/a "RARITO"
4. EBER URIEL PEREZ-RAMIREZ,
5. ROSAURA VALLEJO-GALLO,
   a/k/a "PELIGROS"
6. CHRISTIAN PALACIOS,
   a/k/a "MICHI" a/k/a "MICHIGAN"
7. GRECIA STEPHANIE TORRES-PABLO,
   a/k/a "LA GORDA"
8. ALEXIS AARON HERNANDEZ-REYES,
9. JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA,
    a/k/a "GORDO"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE,
    a/k/a "PAPO"
14. JESUS ANTILLO-QUINTERO,
15. MARIA GUADALUPE SANCHEZ-GAYTAN,
    a/k/a "LUPITA"
16. OMAR RIVAS-SAENZ,
    a/k/a "GUERO"
17. MARIO ROSENDO IBANEZ-MONTES,
    a/k/a "ROMPOPE"
18. TONATIUH TACUBA-PALACIOS,
    a/k/a "NEGRO"
19. BEATRIZ ADRIANA MARTINEZ-MEZA,
20. MICHELLE JOSEFINA CASTANEDA,
21. EDGAR ABRAHAM ESQUIVEL-TECALCO,
22. ADELA GUZMAN,
23. JUAN FELIPE CABRERA,
24. KAREN DENISSE LOPEZ-JIMENEZ,
25. MARIA MONICA NIETO-ESTRADA,

26. ERIC LEONARD MARTINEZ,
27. STEVEN LUCKENBILL, and
28. CARLOS VICENTE RAMIREZ,

   Defendants.

## ORDER

THIS MATTER is before the Court on the Government's Motion To Disclose Grand Jury Material to the United States Probation Office [ECF No. 461]. Having reviewed the motion, the Court finds that it should be granted. Therefore,

IT IS ORDERED that the Government's Motion To Disclose Grand Jury Material to the United States Probation Office [ECF No. 461] is **GRANTED**, and this Court authorizes the Government to disclose a copy of the grand jury material in this matter to United States Probation Officer Ryan Kinsella for purpose of preparing presentence investigation reports regarding the defendants in the above-captioned case.

Dated this _____ day of November, 2020.

BY THE COURT:

_____
THE HON. RAYMOND P. MOORE
United States District Court Judge
District of Colorado