IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 20-cr-00028-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     CANDELARIA VALLEJO-GALLO,
2.     KENIA VALLEJO-GALLO,
3.     LUIS GERARDO PALACIOS,
        a/k/a "RARITO"
4.     EBER URIEL PEREZ-RAMIREZ,
5.     ROSAURA VALLEJO-GALLO,
        a/k/a "PELIGROS"
6.     CHRISTIAN PALACIOS,
        a/k/a "MICHI" a/k/a "MICHIGAN"
7.     GRECIA STEPHANIE TORRES-PABLO,
        a/k/a "LA GORDA"
8.     ALEXIS AARON HERNANDEZ-REYES,
9.     JAVIER ALEJANDRO VALLEJO-GALLO,
10.   JOSE TOMAS DENES-TORRES,
14.   JESUS ANTILLO-QUINTERO,
16.   OMAR RIVAS-SAENZ,
        a/k/a "GUERO"
17.   MARIO ROSENDO IBANEZ-MONTES,
        a/k/a "ROMPOPE"
19.   BEATRIZ ADRIANA MARTINEZ-MEZA,
20.   MICHELLE JOSEFINA CASTANEDA,
21.   EDGAR ABRAHAM ESQUIVEL-TECALCO,
22.   ADELA GUZMAN,
25.   MARIA MONICA NIETO-ESTRADA,
26.   ERIC LEONARD MARTINEZ,
27.   STEVEN LUCKENBILL, and
28.   CARLOS VICENTE RAMIREZ,

      Defendants.

_____

**ORDER**
_____

This matter comes before the Court on Defendant Rivas-Saenz's Unopposed Motion for an Extension of Time to File Wiretap Motions (ECF No. 468).  That Motion is granted and the time for filing such motions is extended to December 4, 2020.  In order to prevent a deluge of similar and/or "me too" motions, the Court makes the relief set forth above applicable to all defendants.  Responses to any such motions shall be due by December 18, 2020.

DATED this 13th day of November, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge