IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00028-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

5. ROSAURA VALLEJO-GALLO,
    a/k/a "PELIGROS"

        Defendant.

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING AND TO APPEAR BY VIDEO TELEPHONE CONFERENCE AT THAT HEARING

       Rosaura Vallejo-Gallo, through counsel, and without objection by the Government, moves to continue the Change of Plea hearing presently scheduled in this case for November 30, 2020 at 9:00 a.m.  Pursuant to Fed. R. Crim. P. 11 and § 15002(b)(2) of the CARES Act, Ms. Vallejo Gallo further moves to appear by video teleconferencing (VTC) at that Change of Plea hearing.  As grounds, Ms. Vallejo-Gallo states as follows:

       1.     Ms. Vallejo-Gallo and the Government have reached an agreement to resolve this case.  However, the plea agreement needs to be modified slightly from its original form.  Earlier today, AUSA Cyrus Chung agreed to said modification and promised to provide new plea paperwork to undersigned counsel.

       2.     Unfortunately, it is not feasible for counsel to review the new plea paperwork Ms. Vallejo-Gallo with assistance of a Spanish language interpreter and to

have the modified plea agreement translated into the Spanish language in time for the November 30th hearing, especially since this is a holiday week.

3. AUSA Chung is aware of these logistical problems and does not oppose the matter being reset for a change of plea hearing on a later date, nor does he object to that hearing being conducted *via* VTC.

4. Under the District Court General Order 2020-17, hearings may be conducted by VTC with the consent of the defendant after consultation with counsel, if the Court finds the case cannot be further delayed without serious harm to the interests of justice.

5. On November 20, 2020, counsel has informed Ms. Vallejo-Gallo of her right to appear in person before this Court for her change of plea hearing. After being fully informed of the ramifications and benefits of appearing by VTC, Ms. Vallejo-Gallo voiced her desire to attend any change of plea hearing held in her case by VTC subject to this Court's approval.

6. Ms. Vallejo-Gallo is being held at the Douglas County Detention Center in Castle Rock, Colorado. This facility has the capability for Ms. Vallejo-Gallo to appear by VTC.

7. For the safety of Ms. Vallejo-Gallo and all of those involved in her case, she respectfully requests the permission of this Court to appear by VTC for her change of plea hearing.

**WHEREFORE**, Ms. Vallejo-Gallo prays for the relief requested in this motion, and for such other and further relief as to the Court deems just and proper under the circumstances.

Respectfully submitted,

s/ *Derek Samuelson*
DEREK SAMUELSON
Samuelson Law, P.C.
215 W. Oak St., Ste. 601
Fort Collins, CO  80521
Phone: (970) 493-4371
Email: derek@samuelsonlaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING AND TO APPEAR BY VIDEO TELEPHONE CONFERENCE AT THAT HEARING**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

> s/ *Derek Samuelson*
> DEREK SAMUELSON
> Samuelson Law, P.C.
> 215 W. Oak St., Ste. 601
> Fort Collins, CO 80521
> Phone: (970) 493-4371
> Email: derek@samuelsonlaw.com