IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00028-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

19.      BEATRIZ ADRIANA MARTINEZ-MEZA,

       Defendant.

---

### UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING
---

      Beatriz Adriana Martinez-Meza, through undersigned counsel, Marci LaBranche, respectfully requests a 60-day continuance of the Change of Plea Hearing currently scheduled for December 2, 2020. As grounds, Ms. Martinez-Meza states:

      1.      Ms. Martinez-Meza was indicted in this case on February 18, 2020. (Doc. 72).

      2.      On or about October 26, 2020, a Notice of Disposition was filed. (Doc. 435).

      3.      On or about October 29, 2020, a Change of Plea Hearing was scheduled for December 2, 2020 at 10:30 a.m. (Doc. 439).

      4.      It is Ms. Martinez-Meza's wish to have her Change of Plea hearing in person with the Court.  However, due to the recent increase in COVID-19 cases in Colorado and the resulting increase in restriction level, Ms. Martinez-Meza is concerned about potential exposure that could result from being transported to/from and detained at the courthouse.

      5.      Accordingly, Ms. Martinez-Meza respectfully requests a 60-day continuance of the Change of Plea Hearing.

6. Undersigned Counsel conferred with AUSA Cyrus Chung to obtain his position regarding the continuance and he has no objection.

WHEREFORE, Ms. Martinez-Meza respectfully requests that the Change of Plea Hearing currently scheduled for December 2, 2020 be continued for 60 days.

Dated: November 23, 2020.

Respectfully submitted,

s/ Marci G. LaBranche
Marci G. LaBranche
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:   720.689.8909
Email:   labranche@sslhlaw.com

*Attorney for Beatriz Adriana Martinez-Meza*

### Certificate of Service

I certify that on November 23, 2020, I electronically filed the foregoing *Unopposed Motion to Continue Change of Plea Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Zachary H. Phillips
Cyrus Y. Chung
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
zachary.phillips@usdoj.gov
cyrus.chung@usdoj.gov

s/ Nancy Hickam
Nancy Hickam

2