IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt (VTC)<br>Probation: n/a | Date: December 17, 2020<br>Interpreter: Cathy Bahr (VTC) |

**CASE NO.   20-cr-00028-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Cyrus Chung (VTC) |
| Plaintiff, | |
| v. | |
| 5.  ROSAURA VALLEJO-GALLO, | Derek Samuelson (VTC) |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA – Video Teleconference (VTC)**
**COURT IN SESSION:**   10:33 a.m.
Appearances of counsel.   Defendant is in custody and present by VTC.

Interpreter sworn.

The Court notes that Mr. Chung's video connection is not good and directs him to connect by Audio-only.

**Court in recess:**   10:38 a.m.
**Court in session:**   10:40 a.m.

The Court makes statements regarding proceeding with this hearing by VTC.   Upon questioning by the Court, counsel and the defendant consent to proceed by VTC.

Defendant sworn and answers true name.   Defendant is 26 years old.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the First Superseding Indictment.

Defendant pleads GUILTY to Count 2 of the First Superseding Indictment.

Mr. Samuelson advises as to how he obtained the defendant's signature on the plea documents.

Discussion held regarding the FBI Waiver of Ownership of Property.

Defendant admits the forfeiture allegation.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

The Court states findings and conclusions and accepts the defendant's plea of guilty.

The Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:**   The Probation Department **shall** conduct an independent factual investigation in this case.

**ORDERED:**   Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:**   Sentencing is set for **April 16, 2021, at 9:00 a.m.**

**ORDERED:**   Any information, release, data, or material provided to the Probation Department by the defendant shall be used by the Probation Department only for the preparation of the report and for no other purposes without further order or authorization from the Court.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**       **12:00 p.m.**
**Total in court time:**       **1:25**
**Hearing concluded**