FD-1119 (6-19-2015)

# FEDERAL BUREAU OF INVESTIGATION
# WAIVER OF OWNERSHIP OF PROPERTY

On __02/12/2020__, the Federal Bureau of Investigation (FBI) seized or otherwise acquired
[Date]

__$4,205.00 in U.S. currency seized from 9110 E. Florida Ave., apt 1-202, Denver, Colorado__ from
[Description, model, serial number of property]

__Rosaura Vallejo-Gallo__
[Name, title and address of property owner or contributor]

I understand that the Code of Federal Regulations (C.F.R.) requires that the FBI inform me that I have the opportunity to claim this property. See 41 C.F.R. Section 128-48.102-1. I understand that if I do not claim this property within 30 days of signing this form, the title to the property will vest in the United States Government. I understand that if I want to claim the property, I must submit a written, sworn statement of my interest in the property along with any documentary evidence within 30 days of the date of signing this form. See 41 C.F.R. Section 128-48.503. Claims must be submitted to:

| Legal Unit - Paralegal Specialist Cook | (303) 630-6166 |
|---|---|
| Federal Bureau of Investigation | |
| 8000 E. 36th Avenue, Floor 4 | |
| Denver, CO 80238 | |

[Field office contact name, address, and telephone number]

( x R.V ) **I hereby knowingly and voluntarily waive any right, title, and interest in the property and agree not to contest the vesting of title in the United States Government.**

I unconditionally release and hold harmless the FBI, its officers, employees, and agents, from any and all claims, demands, damages, causes of actions, or suits, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the seizure or waiver of ownership interest in the described property.

| | |
|---|---|
| Name: | Rosaura Vallejo Gallo |
| Address: | Douglas County Detention Center |
| Telephone: | n/a |
| Date of Birth: | 6-28-94 |
| Signature: | s/ Rosaura Vallejo Gallo |
| Date: | 11/20/2020 |
| | |
| Witness: | Derek Samuelson |
| Signature: | s/ Derek Samuelson  DS  12.15.2020 |
| Title: | Attorney |
| Date: | 11/20/2020 |