FD-1119 (6-19-2015)

# FEDERAL BUREAU OF INVESTIGATION
## RENUNCIA DE PROPIEDAD DEL PROPIETARIO

El 02/12/2020, el Federal Bureau of Investigation (FBI) incautó o de otra forma adquirió

4,205.00 de dinero de Estados Unidos incautado de 9110 E. Florida Ave. Apt. 1-02, Denver, Colorado, de

[Descripción, modelo, número de serie de la propiedad]

Rosaura Vallejo Gallo

[Nombre, título y dirección del propietario de la propiedad o contribuidor]

Entiendo que el Código de Reglamentos Federales (C.F.R.) requiere que el FBI me informe a mí que tengo la oportunidad de reclamar esta propiedad. Véase 41 C.F.R. Sección 128-48.102-1. Entiendo que si no reclamo esta propiedad dentro de los 30 días de firmar este formulario, el título de la propiedad pasará al Gobierno de los Estados Unidos. Entiendo que si yo quiero reclamar la propiedad, debo someter una declaración jurada por escrito de mi interés en la propiedad junto con cualquier evidencia documentaria dentro de los 30 días de la fecha de firmar este formulario. Véase 41 C.F.R. Sección 128-48.503. Los reclamos deben de someterse a:

| Legal Unit - Paralegal Specialist Cook | (303) 630-6166 |
| Federal Bureau of Investigation | |
| 8000 E. 36th Avenue, Floor 4 | |
| Denver, CO 80238 | |

[Nombre de contacto de la oficina, dirección y número de teléfono]

(R.V.)   **Yo por medio de la presente a sabiendas y voluntariamente renuncio cualquier derecho, título e interés en la propiedad y estoy de acuerdo de no alegar cederle el título al Gobierno de los Estados Unidos.**

Yo incondicionalmente libero y exonero la responsabilidad al FBI, sus oficiales, empleados y agentes de cualquier y todo reclamo, denuncia, daño, causas de acción o demandas de cualquier índole y descripción, y donde sea situado, que pueda existir ahora o en adelante por razón de desarrollarse de o afectando directa o indirectamente la incautación o renuncia del interés de propietario de la propiedad descrita.

Nombre: Rosaura Vallejo Gallo

Dirección: Douglas County Detention Center

Teléfono: Ninguno

Fecha de Nacimiento: 6-28-94

Firma: s/Rosaura Vallejo Gallo

Fecha: 11/20/2020

Testigo: Derek Samuelson

Firma: s/Derek Samuelson  DS 12.15.2020

Título: Abogado

Fecha: 1/20/2020