IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:  20-cr-00028-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. CANDELARIA VALLEJO-GALLO,
2. KENIA VALLEJO-GALLO,
3. LUIS GERARDO PALACIOS,
4. EBER URIEL PEREZ-RAMIREZ,
5. ROSAURA VALLEJO-GALLO, a/k/a "PELIGROS,"
6. CHRISTIAN PALACIOS a/k/a "MICHI," a/k/a "MICHIGAN,"
7. GRECIA STEPHANIE TORRES-PABLO, a/k/a "LA GORDA,"
8. ALEXIS AARON HERNANDEZ-REYES,
9. JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA, a/k/a "GORDO,"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE a/k/a "PAPO,"
14. JESUS ANTILLO-QUINTERO, and
15. MARIA GUADALUPE SANCHEZ-GAYTAN a/k/a "LUPITA,"
16. OMAR RIVAS-SAENZ a/k/a "GUERO,"
17. MARIO ROSENDO IBANEZ-MONTES a/k/a "ROMPOPE,"
18. TONATIUH TACUBA-PALACIOS a/k/a "NEGRO,"
19. BEATRIZ ADRIANA MARTINEZ-MEZA,
20. MICHELLE JOSEFINA CASTANEDA,
21. EDGAR ABRAHAM ESQUIVEL-TECALCO,
22. ADELA GUZMAN,
23. JUAN FELIPE CABRERA,
24. KAREN DENISSE LOPEZ-JIMENEZ,
25. MARIA MONICA NIETO-ESTRADA,
26. ERIC LEONARD-MARTINEZ,
27. STEVEN LUCKENBILL,
28. CARLOS VICENTE RAMIREZ,

       Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

1

DATED at Denver, Colorado this 11th day of January 2021.

          JASON R. DUNN
          United States Attorney

By:   s/ Peter McNeilly
       Peter McNeilly
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: 303-454-0100
       Fax: 303-454-0405
       Email: Peter.McNeilly@usdoj.gov
       Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 11th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By:   s/ Brenda L. Lozano
       Legal Assistant
       United States Attorney's Office