**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00028-RM-5

UNITED STATES OF AMERICA,

     Plaintiff,

v.

5.     ROSAURA VALLEJO-GALLO,

     Defendant.

---

**UNITED STATES' MOTION TO RESTRICT DOCUMENT**

---

The United States of America, by and through Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, and Cyrus Y. Chung, Assistant United States Attorney, respectfully moves to restrict CM/ECF Document 701, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.

//

//

//

//

//

//

//

//

The United States requests a "Level 2" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 2" restriction would make the document, any order revealing the contents of that document, and the brief filed in support of this motion accessible "to the filing party, the affected defendant(s), the government, and the court."

Dated: March 5, 2021

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: s/ *Cyrus Y. Chung*
Cyrus Y. Chung
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0405
Email: cyrus.chung@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I electronically filed the foregoing UNITED STATES' MOTION TO RESTRICT DOCUMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By:      *s/Stephanie Graham*
Stephanie Graham
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100

3