# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00028-RM-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    ROSAURA VALLEJO-GALLO,

    Defendant.

_____

## ORDER
_____

This matter is before the Court on the Government's Motion to Restrict Document No. 701. Upon consideration and for good cause shown,

IT IS ORDERED that the United States' Brief in Support of Motion to Restrict Document No. 701, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that Document No. 701 shall be restricted to a "Level 2" and will be "viewable by selected parties & Court" only.

IT IS SO ORDERED on this _____ day of March, 2021

BY THE COURT:

_____
THE HON. RAYMOND P. MOORE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO