IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00028-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

5. ROSAURA VALLEJO-GALLO,
    a/k/a "PELIGROS"

       Defendant.

## UNOPPOSED MOTION TO AUTHORIZE BOND BASED ON A CHANGE IN CIRCUMSTANCES

Rosaura Vallejo-Gallo, through counsel and without objection from the Government, respectfully requests that the Court grant her a $10,000 unsecured bond due to change in circumstances. The grounds for this motion are as follows:

1.     Ms. Vallejo-Gallo was denied bond at her detention hearing in this case. Since then, she has been held at the Douglas County Detention Center. At her detention hearing, United States District Court Magistrate Judge Varholak indicated a willingness to reconsider the issue of bond in the future if justified by new evidence or a change in circumstances.

2.     According to the Marshal's Office, Ms. Vallejo-Gallo needs ankle surgery and they do not have a facility that can accommodate her procedure and aftercare.

3.     Ms. Vallejo-Gallo reports that she is in excruciating pain.

4. Given Ms. Vallejo-Gallo's change in circumstances primarily due to her pressing medical needs and the reported inability of the United States Marshals Service to accommodate those medical needs properly, Assistant United States Attorney Cyrus Chung does not oppose the granting of bond in this case. Specifically, Mr. Chung would not oppose the Court authorizing a $10,000 unsecured bond with GPS. Mr. Chung would also not oppose temporary removal of the GPS monitor during surgery if deemed appropriate by her medical team.

5. Should this Court authorize a bond for Ms. Vallejo-Gallo, the parties agree that Ms. Vallejo-Gallo must report to Immigration and Customs Enforcement Office no later than 10 AM on the day of her release or, if released after that time, 10 AM on the next business day.

6. In the alternative, Ms. Vallejo-Gallo respectfully requests that the Court order the Marshals to accommodate her surgery forthwith on an in-custody basis.

WHEREFORE, Ms. Vallejo-Gallo respectfully requests that the Court enter an Order authorizing her release on a $10,000 unsecured bond with GPS monitoring.

Respectfully submitted,

s/ *Derek Samuelson*
DEREK SAMUELSON
Samuelson Law, P.C.
215 W. Oak St., Ste. 601
Fort Collins, CO  80521
Phone: (970) 493-4371
Email: derek@samuelsonlaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2021, I electronically filed the foregoing

**UNOPPOSED MOTION TO AUTHORIZE BOND BASED ON A CHANGE IN CIRCUMSTANCES**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                s/ *Derek Samuelson*
                                                DEREK SAMUELSON
                                                Samuelson Law, P.C.
                                                215 W. Oak St., Ste. 601
                                                Fort Collins, CO 80521
                                                Phone: (970) 493-4371
                                                Email: derek@samuelsonlaw.com