IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00028-RM-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    ROSAURA VALLEJO-GALLO,

    Defendant.

---

**GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THREE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §§3E1.1(a) AND (b)**

---

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves, pursuant to the provisions of U.S.S.G. §§3E1.1(a) and (b), for defendant Rosaura Vallejo-Gallo to receive a 3-level reduction for acceptance of responsibility.  The defendant timely notified the Government of her decision to enter a guilty plea and fully advised the Government of the nature of her own misconduct, thereby permitting the Government to avoid preparing for trial and allowing the Government and this Court to allocate resources efficiently.  This motion is expressly contingent upon the

//

//

//

1

Court's determination that the defendant's base offense level, as determined prior to the operation of U.S.S.G. §3E1.1(b), is level 16 or greater.

Dated: October 22, 2021

                                     MATTHEW T. KIRSCH
                                     Acting United States Attorney

By:   *s/Cyrus Y. Chung*
       Cyrus Y. Chung
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax: 303-454-0405
       E-mail: cyrus.chung@usdoj.gov
       Attorney for Government

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2021, I electronically filed the foregoing GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THREE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §§3E1.1(a) AND (b) with the Clerk of the Court using CM/ECF.

By: *s/ Stephanie Graham*
Stephanie Graham
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100