IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00028-RM-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    ROSAURA VALLEJO-GALLO,

    Defendant.

---

**UNITED STATES' MOTION TO DISMISS COUNTS 38 AND 40 OF THE FIRST SUPERSEDING INDICTMENT AND THE INDICTMENT AS TO ROSAURA VALLEJO-GALLO**

---

The United States of America by and through Cyrus Y. Chung, Assistant United States Attorney, hereby moves this Court to enter an order dismissing Counts 38 and 40 of the First Superseding Indictment [Dkt. # 72] filed on February 18, 2020 and the Indictment [Dkt. # 1] filed on January 23, 2020 as to the above-captioned defendant. On December 17, 2020, the defendant entered her plea of guilty to Count 2 of the First Superseding Indictment.  The United States agreed as part of the plea agreement to dismiss the remaining counts against the defendant.  *See* Dkt. # 521.  Therefore, the United States of America hereby requests this Court dismiss Counts 38 and 40 of the

//

//

//

First Superseding Indictment and the Indictment as to the above-captioned defendant upon acceptance of the defendant's plea of guilty in this matter.

Dated: October 22, 2021

                                            MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Cyrus Y. Chung*
Cyrus Y. Chung
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0405
E-mail: cyrus.chung@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2021, I electronically filed the foregoing UNITED STATES' MOTION TO DISMISS COUNTS 38 AND 40 OF THE FIRST SUPERSEDING INDICTMENT AND THE INDICTMENT AS TO ROSAURA VALLEJO-GALLO with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

    By:  s/ *Stephanie Graham*
Legal Assistant
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100