IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: November 5, 2021 |
| Court Reporter: Tammy Hoffschildt | Interpreter: Bety Ziman |
| Probation: Gary Kruck (VTC) | |

**CASE NO. 20-cr-00028-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Cyrus Chung |
| Plaintiff, | |
| v. | |
| 5. ROSAURA VALLEJO-GALLO, | Derek Samuelson |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:** 1:04 p.m.

Appearances of counsel. Defendant is present and on bond.

Interpreter is sworn.

Defendant entered her plea on December 17, 2020, to Count 2 of the First Superseding Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:** Government's Motion for Defendant to Receive Three-Level Decrease for Acceptance of Responsibility under U.S.S.G. §§3E1.1(a) and (b) (Doc. 1000) is GRANTED.

After a discussion at the bench, the Court will take a brief recess to allow Mr. Samuelson time to confer with Ms. Vallejo-Gallo.

**Court in recess:** 1:23 p.m.
**Court in session:** 1:24 p.m.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

**ORDERED:**  Defendant's motion (Doc. 996) is DENIED.

**ORDERED:**  Government's motion (Doc. 1002) is GRANTED in part.

The Court states its findings and conclusions.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, ROSAURA VALLEJO-GALLO, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **24 months.**

**No term of supervised release is imposed.**

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of her right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**ORDERED:**  United States' Motion to Dismiss Counts 38 and 40 of the First Superseding Indictment and the Indictment as to Rosaura Vallejo-Gallo (Doc. 1001) is GRANTED.

**Court in recess:**     2:17 p.m.
Total time:              1:12
Hearing concluded.