IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CANDELARIA VALLEJO-GALLO,
2. KENIA VALLEJO-GALLO,
3. LUIS GERARDO PALACIOS,
    a/k/a "RARITO"
4. EBER URIEL PEREZ-RAMIREZ,
5. ROSAURA VALLEJO-GALLO,
    a/k/a "PELIGROS"
6. CHRISTIAN PALACIOS,
    a/k/a "MICHI" a/k/a "MICHIGAN"
7. GRECIA STEPHANIE TORRES-PABLO,
    a/k/a "LA GORDA"
8. ALEXIS AARON HERNANDEZ-REYES,
9. JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA,
    a/k/a "GORDO"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE,
    a/k/a "PAPO"
14. JESUS ANTILLO-QUINTERO,
15. MARIA GUADALUPE SANCHEZ-GAYTAN,
    a/k/a "LUPITA"
16. OMAR RIVAS-SAENZ,
    a/k/a "GUERO"
17. MARIO ROSENDO IBANEZ-MONTES,
    a/k/a "ROMPOPE"
18. TONATIUH TACUBA-PALACIOS,
    a/k/a "NEGRO"
19. BEATRIZ ADRIANA MARTINEZ-MEZA,
20. MICHELLE JOSEFINA CASTANEDA,
21. EDGAR ABRAHAM ESQUIVEL-TECALCO,
22. ADELA GUZMAN,
23. JUAN FELIPE CABRERA,
24. KAREN DENISSE LOPEZ-JIMENEZ,
25. MARIA MONICA NIETO-ESTRADA,

26. ERIC LEONARD MARTINEZ,
27. STEVEN LUCKENBILL, and
28. CARLOS VICENTE RAMIREZ,

    Defendants.

---

## MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY ZACHARY PHILLIPS AS COUNSEL FOR THE UNITED STATES

---

The United States of America, through Cole Finegan, United States Attorney for the District of Colorado, by Zachary Phillips, Assistant U.S. Attorney, hereby files its Motion to Withdraw Assistant U.S. Attorney Zachary Phillips as Counsel for the United States in the above-captioned case. Assistant U.S. Attorney Cyrus Y. Chung will remain the counsel of record in this case.

Dated this 1st day of March, 2022.

        Respectfully submitted,

        Cole Finegan
        United States Attorney


      By: *s/Zachary Phillips*
        ZACHARY PHILLIPS
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO   80202
        Telephone:   (303) 454-0100
        Fax:   (303) 454-0405
        e-mail:   zachary.phillips@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of March, 2022, I electronically filed the foregoing MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY ZACHARY PHILLIPS AS COUNSEL FOR THE UNITED STATES using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Maggie E. Grenvik*
      Maggie E. Grenvik
      Legal Assistant